UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | WESTLUND, MARK | § | Case No. 10-28511 |
| | WESTLUND, JANINE | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/14/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2011            By:    /s/Glenn R. Heyman
                                           Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WESTLUND, MARK | § | Case No. 10-28511 |
| WESTLUND, JANINE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,894.37 |
| *and approved disbursements of* | $ 9.04 |
| *leaving a balance on hand of* [1] | $ 7,885.33 |

**Balance on hand:** $ 7,885.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Alliant Credit Union | 190,335.08 | 0.00 | 0.00 | 0.00 |

Claim Withdrawn 04/25/2011

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,885.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,486.85 | 0.00 | 1,486.85 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,540.50 | 0.00 | 3,540.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 14.72 | 0.00 | 14.72 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,042.07 |
| Remaining balance: | $ | 2,843.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,843.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,843.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,310.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Express Bank, FSB | 385.30 | 0.00 | 385.30 |
| 3 | American Express Centurion Bank | 1,848.05 | 0.00 | 1,848.05 |
| 4 | Fia Card Services, NA/Bank of America | 76.99 | 0.00 | 76.99 |

Total to be paid for timely general unsecured claims: $ 2,310.34
Remaining balance: $ 532.92

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 532.92

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 532.92

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $7.05. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $525.87.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-28511-JPC
Mark Westlund                                                         Chapter 7
Janine Westlund
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe              Page 1 of 1                Date Rcvd: Jun 08, 2011
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2011.
db/jdb     +Mark Westlund,   Janine Westlund,   2241 Mint Lane,   Glenview, IL 60026-8016
aty        +Glenn R Heyman,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
aty        +Jon N. Dowat,   Thinking Outside the Box, Inc.,   4320 Winfield Road Suite 200,
             Warrenville, IL 60555-4023
tr         +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
15764232   ++ALLIANT CREDIT UNION,   BANKRUPTCY DEPARTMENT,   11545 W TOUHY AVE,   CHICAGO IL 60666-5000
             (address filed with court: Alliant Credit Union,   11545 W. Touhy Ave.,   Chicago, IL 60666)
15764233   +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16525949    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16525950    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15764234   +BAC Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15764235   +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
15764236   +Emc Mortgage,   Attention: Bankruptcy Clerk,   Po Box 293150,   Lewisville, TX 75029-3150
15764237   +Eric Lumpkins,   649 Lewa Downs Unit 91,   Pontiac, MI 48341-1081
15764238   +Harris Bank,   3800 Golf Road,   Rolling Meadows, IL 60008-4005
15764239   +Harris N.a.,   3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4005
15764241   +Ida and Lewis Newell,   7523 C Bristol Lane,   Hanover Park, IL 60133-2575
15764242    Toyota Motor Credit,   PO Box 4102,   Carol Stream, IL 60197-4102
15764243   +Wells Fargo Hm Mortgag,   3476 Stateview Blvd,   Fort Mill, SC 29715-7200
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16561816     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2011 00:01:13
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane, Heyman, Simon, Welch & Clar
aty*       +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
15764240*  +Harris N.a.,   3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4005
15764244*  +Wells Fargo Hm Mortgag,   3476 Stateview Blvd,   Fort Mill, SC 29715-7200
                                                                                      TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2011**                    **Signature:** _Joseph Speetjens_