# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WESTLUND, MARK | § | Case No. 10-28511 |
| WESTLUND, JANINE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,189,000.00   Assets Exempt: $740,067.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,317.39   Claims Discharged
                                              Without Payment: $1,585.00

Total Expenses of Administration: $5,051.11

---

3) Total gross receipts of $ 7,894.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 525.95 (see **Exhibit 2**), yielded net receipts of $7,368.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,370,295.00 | $190,335.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,051.11 | 5,051.11 | 5,051.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,585.00 | 2,317.39 | 2,317.39 | 2,317.39 |
| **TOTAL DISBURSEMENTS** | $1,371,880.00 | $197,703.58 | $7,368.50 | $7,368.50 |

    4) This case was originally filed under Chapter 7 on June 25, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2011     By: /s/GLENN R. HEYMAN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental Prop. - 7539-3 Bristol Ln., Hanover | 1110-000 | 5,699.32 |
| Rental Prop. - 7523-C Bristol Ln., Hanover | 1110-000 | 2,194.62 |
| Interest Income | 1270-000 | 0.51 |
| **TOTAL GROSS RECEIPTS** | | **$7,894.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WESTLUND, MARK | Dividend paid 100.00% on $525.95; Claim# SURPLUS; Filed: $525.95; Reference: | 8200-003 | 0.00 |
| WESTLUND, MARK | Surplus to Debtor Funds | 8200-002 | 525.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$525.95** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alliant Credit Union | 4800-000 | 201,999.00 | 190,335.08 | 0.00 | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 33,674.00 | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage | 4110-000 | 158,984.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servici | 4110-000 | 285,449.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 4110-000 | 70,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 46,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 4110-000 | 62,606.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 254,584.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit | 4110-000 | 34,819.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 221,280.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,370,295.00 | $190,335.08 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,486.85 | 1,486.85 | 1,486.85 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,540.50 | 3,540.50 | 3,540.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 14.72 | 14.72 | 14.72 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.04 | 9.04 | 9.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.90 | 2.90 | 2.90 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.90 | -2.90 | -2.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,051.11 | 5,051.11 | 5,051.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Bank, FSB | 7100-000 | N/A | 385.30 | 385.30 | 385.30 |
| 2I | American Express Bank, FSB | 7990-000 | N/A | 1.18 | 1.18 | 1.18 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 1,848.05 | 1,848.05 | 1,848.05 |
| 3I | American Express Centurion Bank | 7990-000 | N/A | 5.64 | 5.64 | 5.64 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 76.99 | 76.99 | 76.99 |
| 4I | Fia Card Services, NA/Bank of America | 7990-000 | N/A | 0.23 | 0.23 | 0.23 |
| NOTFILED | American Express c/oBecket & Lee LLP | 7100-000 | 1,585.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,585.00 | 2,317.39 | 2,317.39 | 2,317.39 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-28511 | Trustee: | (330360) GLENN R. HEYMAN |
| --- | --- | --- | --- |
| Case Name: | WESTLUND, MARK | Filed (f) or Converted (c): | 06/25/10 (f) |
| | WESTLUND, JANINE | §341(a) Meeting Date: | 08/23/10 |
| Period Ending: | 09/16/11 | Claims Bar Date: | 12/23/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Primary Residence, Glenview IL | 488,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Rental Prop. - 7539-3 Bristol Ln., Hanover | 70,000.00 | 0.00 | OA | 5,699.32 | FA |
| 3 | Rental Prop. - 7523-C Bristol Ln., Hanover | 66,000.00 | 19,500.00 | OA | 2,194.62 | FA |
| 4 | Rental Prop. - 7606 C Bristol Ln., Hanover | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Rental Prop. - 23600 Walden, Springs, FL | 61,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Rental Prop. - 8600 Via Rapallo | 237,000.00 | 15,720.00 | OA | 0.00 | FA |
| 7 | Rental Prop. - 14556 Dolce, Meyers, FL | 165,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Rental Prop. - 649 Lewa Downs | 26,600.00 | 26,600.00 | DA | 0.00 | FA |
| 9 | Checking account - NGCU | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Savings account - NGCU | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Furniture - couch, tables, chairs, bed, applianc | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Work clothes | 700.00 | 0.00 | | 0.00 | FA |
| 13 | John Hancock Life Insurance Policy - face amount | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Allianz Retirement | 46,500.00 | 0.00 | | 0.00 | FA |
| 15 | Abbot 401(k) | 376,000.00 | 0.00 | | 0.00 | FA |
| 16 | Northrup Grumman 401(k)  Orig. Asset Memo: Orig. Description: Northrup Grumman 401(k); Imported from original petition Doc# 1 | 217,000.00 | 0.00 | | 0.00 | FA |
| 17 | IRA - Wunderuch Securities  Orig. Asset Memo: Orig. Description: IRA - Wunderuch Securities; Imported from original petition Doc# 1 | 43,760.00 | 0.00 | | 0.00 | FA |
| 18 | 2009 Infiniti Ex35 - 4,000 miles | 36,800.00 | 0.00 | | 0.00 | FA |
| 19 | 2009 Lexus RX350 - 18,000 miles | 37,400.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.51 | FA |
| 20 | Assets    Totals (Excluding unknown values) | $1,952,160.00 | $61,820.00 | | $7,894.45 | $0.00 |

Printed: 09/16/2011 10:53 AM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-28511  
**Case Name:** WESTLUND, MARK  
WESTLUND, JANINE  
**Period Ending:** 09/16/11

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 06/25/10 (f)  
**§341(a) Meeting Date:** 08/23/10  
**Claims Bar Date:** 12/23/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

04/14: letter sent to Alliant re: secured claim, asking to modify or w/d since Debtor has reaffirmed the debt (dk)

**Initial Projected Date Of Final Report (TFR):**     February 28, 2012          **Current Projected Date Of Final Report (TFR):**     May 10, 2011   (Actual)

Printed: 09/16/2011 10:53 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-28511 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | WESTLUND, MARK | | Bank Name: | The Bank of New York Mellon |
| | WESTLUND, JANINE | | Account: | 9200-******21-65 - Money Market Account |
| Taxpayer ID #: | **-***5106 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/10 | {2} | Janine & Mark Westlund | August Rents Hanover Park Properties | 1122-000 | 2,804.70 | | 2,804.70 |
| 10/18/10 | {3} | Veracity Inc. (Mark & Janine Westlund) | September rent for various properties | 1110-000 | 2,194.62 | | 4,999.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,999.35 |
| 11/19/10 | {2} | Veracity, Inc. | Rents for various properties owned by debtors for November | 1110-000 | 2,894.62 | | 7,893.97 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,894.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,894.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,894.13 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,894.19 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-28511<br> Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 9.04 | 7,885.15 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.27 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,885.39 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 7,885.41 |
| 07/14/11 | | To Account #9200******2166 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,885.41 | 0.00 |
| | | ACCOUNT TOTALS | | | 7,894.45 | 7,894.45 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 7,885.41 | |
| | | Subtotal | | | 7,894.45 | 9.04 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $7,894.45 | $9.04 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/16/2011 10:53 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-28511 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | WESTLUND, MARK | | Bank Name: | The Bank of New York Mellon |
| | WESTLUND, JANINE | | Account: | 9200-******21-66 - Checking Account |
| Taxpayer ID #: | **-***5106 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | From Account #9200******2165 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,885.41 | | 7,885.41 |
| 07/14/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,486.85, Trustee Compensation;  Reference: | 2100-000 | | 1,486.85 | 6,398.56 |
| 07/14/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,540.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,540.50 | 2,858.06 |
| 07/14/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $14.72, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 14.72 | 2,843.34 |
| 07/14/11 | 104 | American Express Bank, FSB | Dividend paid 100.00% on $385.30; Claim# 2; Filed: $385.30; Reference: | 7100-000 | | 385.30 | 2,458.04 |
| 07/14/11 | 105 | American Express Centurion Bank | Dividend paid 100.00% on $1,848.05; Claim# 3; Filed: $1,848.05; Reference: | 7100-000 | | 1,848.05 | 609.99 |
| 07/14/11 | 106 | Fia Card Services, NA/Bank of America | Dividend paid 100.00% on $76.99; Claim# 4; Filed: $76.99; Reference: | 7100-000 | | 76.99 | 533.00 |
| 07/14/11 | 107 | American Express Bank, FSB | Dividend paid 100.00% on $1.18; Claim# 2I; Reference: Interest on Claim no. 2 | 7990-000 | | 1.18 | 531.82 |
| 07/14/11 | 108 | American Express Centurion Bank | Dividend paid 100.00% on $5.64; Claim# 3I; Reference:Interest on Claim no. 3 | 7990-000 | | 5.64 | 526.18 |
| 07/14/11 | 109 | Fia Card Services, NA/Bank of America | Dividend paid 100.00% on $0.23; Claim# 4I; Reference: Interest on Claim no. 4 | 7990-000 | | 0.23 | 525.95 |
| 07/14/11 | 110 | WESTLUND, MARK | Dividend paid 100.00% on $525.95; Claim# SURPLUS; Filed: $525.95; Reference: Voided on 07/14/11 | 8200-003 | | 525.95 | 0.00 |
| 07/14/11 | 110 | WESTLUND, MARK | Dividend paid 100.00% on $525.95; Claim# SURPLUS; Filed: $525.95; Reference: Voided: check issued on 07/14/11 | 8200-003 | | -525.95 | 525.95 |
| 07/14/11 | 111 | WESTLUND, MARK | Surplus to Debtor Funds | 8200-002 | | 525.95 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.90 | -2.90 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,885.41 | 7,885.41 | $0.00 |
| | | | Less: Bank Transfers | | 7,885.41 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,885.41 | |
| | | | Less: Payments to Debtors | | | 525.95 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,359.46 | |

{} Asset reference(s)                                                                                                         Printed: 09/16/2011 10:53 AM    V.12.57

Case 10-28511    Doc 58    Filed 10/11/11    Entered 10/11/11 16:56:49    Desc Main
Document    Page 10 of 10

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 10-28511 | | **Trustee:** | GLENN R. HEYMAN (330360) |
| **Case Name:** | WESTLUND, MARK | | **Bank Name:** | The Bank of New York Mellon |
| | WESTLUND, JANINE | | **Account:** | 9200-******21-66 - Checking Account |
| **Taxpayer ID #:** | **-***5106 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/16/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******21-65 | 7,894.45 | 9.04 | 0.00 |
| Checking # 9200-******21-66 | 0.00 | 7,359.46 | 0.00 |
| | $7,894.45 | $7,368.50 | $0.00 |

{} Asset reference(s)

Printed: 09/16/2011 10:53 AM    V.12.57